**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01 2033 PAM/RLE**

| | |
|---|---|
| Jesse Fabio,<br><br>Plaintiff,<br>v.<br><br>Credit Bureau of Hutchinson, Inc., a Minnesota corporation, Shawn Stewart, Bruce Johnson, Tom Johnson, and Mr. Palmer,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, and Defendants that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**Dated:** 11/15/02

**CONSUMER JUSTICE CENTER, P.A.**

By: [signature]
Thomas J. Lyons, Jr., Esq.
Attorney ID #249646
342 E. County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

THE BARRY LAW OFFICE, LTD.
Peter F. Barry, Esq.
Attorney I.D. #0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

Dated: 11/27/02

**BRUTLAG, HARTMAN, & OKONESKI, P.A.**

By: [signature: Ryan Trucke]
Michael L. Brutlag, Esq.
Attorney I.D. #123225
Ryan J. Trucke, Esq.
Attorney I.D. #: 030590X
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 630-3203



J:\37000\37293 + Fabio, Jesse v. Credit Bureau of Hutchinson (PFB)\Stip of Dismissal.doc

FILED DEC 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 09 2002
DEPUTY CLERK

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 7, 2002.

CHIEF JUDGE PAUL A. MAGNUSON
United States District Court



J:\37000\37293 + Fabio, Jesse v. Credit Bureau of Hutchinson (PFB)\Stip of Dismissal.doc