AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jesse Fabio

V.

Credit Bureau of Hutchinson, Inc,
Shawn Stewart, Bruce Johnson, Tom Johnson
and Mr. Palmer

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2033 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is dismissed with prejudice without costs, or disbursements or attorneys fees to any party.

December 9, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk